**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>ANTHONY GRIFFITH,<br>Defendant. | Criminal Action No. 21-244-2 (CKK) |

**JUDGMENT AND VERDICT**
(May 11, 2023)

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, the Court finds Defendant Anthony Griffith,

On Count Two of the Indictment, Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1), **GUILTY**;

On Count Three of the Indictment, Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2), **GUILTY**;

On Count Four of the Indictment, Violent Entry and Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), **GUILTY**; and

On Count Five of the Indictment, Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), **GUILTY**.

Dated: May 11, 2023

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge